

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2020

No. 04-20-00094-CV

Roger Scott **LADWIG** and Wayne Ramsay,
Appellants

v.

Theresa Marie **GRAF,**
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-15269
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena Chapa, Justice
                Irene Rios, Justice,
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice

On December 17, 2020, appellants filed a motion for en banc reconsideration. After consideration, the motion is **DENIED**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of December, 2020.



MICHAEL A. CRUZ, Clerk of Court